# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSWORTH JERMAINE NICHOLSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00289-JLT-CDB<br><br>ORDER ON RENEWED STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 10) |

Plaintiff Elsworth Jermaine Nicholson ("Plaintiff") initiated this action with the filing of a complaint on January 13, 2026, against Defendants California Department of Corrections and Rehabilitation ("CDCR") and Frederick Beyerlein.  (Doc. 1).

On March 10, 2026, the parties filed a joint stipulated request to extend the time for Defendants to respond to the complaint and to continue the initial scheduling conference.  (Docs. 7, 8).  The Court denied the stipulated request for failure to comply with the Local Rules.  (Doc. 9).  Pending before the Court is the parties' renewed joint stipulated request to continue the deadline to respond to the complaint from March 11, 2026, to April 27, 2026, and the initial scheduling conference from April 16, 2026, to May 28, 2026.  (Doc. 10).

In support of their request, the parties represent that they require additional time to meet and confer to discuss the substance of Defendants' contemplated motion to dismiss, and

Defendants' counsel require additional time to prepare the motion due to their "pre-arranged absence from March 25, 2026 to April 8, 2026." *Id.* at 1-2.

In light of the parties' representations, and finding good cause set forth therein, the Court will extend the deadline for Defendants to respond to the complaint and continue the initial scheduling conference.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendants shall file their responses to Plaintiff's complaint no later than **April 27, 2026**.

2.  The scheduling conference set for April 16, 2026, is continued to **May 28, 2026, at 10:00 a.m.**

3.  As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **March 12, 2026**

_____

UNITED STATES MAGISTRATE JUDGE

2