# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSWORTH JERMAINE NICHOLSON, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-00289-JLT-CDB <br><br> ORDER DIRECTING PLAINTIFF TO FILE PROPOSED FIRST AMENDED COMPLAINT <br><br> (Doc. 12) |

Plaintiff Elsworth Jermaine Nicholson initiated this action with the filing of a complaint on January 13, 2026. (Doc. 1). Pending before the Court is the parties' stipulated request for leave for Plaintiff to file a first amended complaint and extend the time by which Defendants must file their response thereto. (Doc. 12).

Pursuant to the Local Rules of this Court, "[i]f filing a document requires leave of court, such as an amended complaint … counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order as required by these Rules." Local Rule 137(c). Failure to comply with Local Rule 137(c) is grounds for denial of a request to amend. *See, e.g., Herrera v. California Highway Patrol*, No. 1:15-CV-01882-TLN-SAB, 2017 WL 590244, at *2 (E.D. Cal. Feb. 14, 2017) ("When a party fails to comply with Local Rule 137(c), the party's request should be denied.").

Here, the parties' stipulated request fails to attach a copy of the proposed first amended complaint, in violation of Local Rule 137(c).  This is the second instance in which the parties have failed to comply with Local Rule 137.  *See* (Doc. 9).  The parties are admonished that any further failure to comply with the Local Rules of this Court may result in the imposition of sanctions.

The Court will deny the stipulated request without prejudice to the parties filing a renewed stipulation attaching the proposed document in compliance with the Local Rules.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that the parties' stipulated request for leave for Plaintiffs to file a first amended complaint (Doc. 12) is DENIED without prejudice.

Any further failures by the parties to comply with the Local Rules may result in the imposition of sanctions, including a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

UNITED STATES MAGISTRATE JUDGE

2