UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSWORTH JERMAINE NICHOLSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00289-JLT-CDB<br><br>ORDER ON RENEWED STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT <u>AS MODIFIED</u><br><br>(Doc. 14)<br><br>**7-DAY DEADLINE** |

Plaintiff Elsworth Jermaine Nicholson initiated this action with the filing of a complaint on January 13, 2026, against Defendants California Department of Corrections and Rehabilitation and Frederick Beyerlein. (Doc. 1). Pending before the Court is the parties' renewed stipulated request for leave for Plaintiff to file a first amended complaint and extend the time by which Defendants must file their response thereto. (Doc. 14).

The parties represent that they have met and conferred regarding deficiencies within the complaint in an effort to resolve those deficiencies without additional motion practice. *Id.* at 1. The parties attach to their filing a copy of Plaintiff's proposed first amended complaint. (Doc. 14-1). The parties request that Plaintiff be provided 10 days after issuance of this order within which to file the proposed first amended complaint as a stand-alone docket entry, and Defendants be provided 21 days within which to file a response. (Doc. 14 at 2).

Having considered the parties' stipulated representations and the factors enunciated in *Western Shoshone Nat'l Council v. Molini,* 951 F.2d 200, 204 (9th Cir. 1991), *cert. denied*, 506 U.S. 822 (1992), the parties' request for Plaintiffs to have leave to amend the complaint will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Within seven (7) days after issuance of this order, Plaintiff SHALL file as a stand-alone docket entry the first amended complaint proposed in the parties' stipulation (Doc. 14-1); and

2. Defendants SHALL respond to the first amended complaint within 21 days of its filing. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:    **May 6, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

2